No. 05–6310.  DANIELS v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 05–6313.  MCVAY v. HARRISON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–6323.  LINDELL v. BERGE, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 05–6324.  DANIELS v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 05–6335.  PEREZ v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 05–6358.  AIKEN v. RUSHTON, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 05–6373.  MERRILL v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 05–6384.  WALSHAW v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 05–6389.  JACKSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–6392.  MUTH v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS.  C. A. 7th Cir.  Certiorari denied.

No. 05–6393.  PERRONE v. HARRISON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–6396.  BANDA v. NEW JERSEY ET AL.  C. A. 3d Cir. Certiorari denied.

No. 05–6425.  LEYVA-GARCIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6426.  JIMENEZ-GANDARA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6443.  ANAZCO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.